UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 15-20283
vs.                            HON. GEORGE CARAM STEEH

BORIS ZIGMOND *et al.*,

        Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO COMPEL TIII WIRETAP RECORDS (DOC. 140)

This matter is presently before the Court on defendant Boris Zigmond's Motion to Compel TIII Wiretap Records. (Doc. 140). The Motion is joined by defendants Jennifer Franklin, Rodney Knight, Tara Jackson, Sashanti Morris, Anna Fradlis, Maryna Pitsenko, Svetlana Sribna, and Marina Jacobs. The Government responded by identifying evidence that it has already provided to defendants in prior discovery disclosures. The Government also committed to voluntarily disclosing further material. Moreover, in denying Zigmond's Motion to Suppress, (Doc. 202), the Court has already ruled on his arguments regarding the Government's

minimization procedures including the use of a taint or filter team.  For these reasons, Zigmond's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:  July 31, 2017

                                               s/George Caram Steeh
                                               GEORGE CARAM STEEH
                                               UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 31, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk