UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

                                    Case No.  15-20283

vs.                            HON.  GEORGE CARAM STEEH

BORIS ZIGMOND *et al.*,

                Defendants.

_____/

ORDER GRANTING THE GOVERNMENT'S MOTION
FOR PROTECTIVE ORDER (DOC. 161)

        This matter is presently before the Court on the Government's Motion for Protective Order regarding personal identifying information present in discovery documents.  (Doc. 161).  The motion was filed on February 15, 2017, the date designated as the motion cut off deadline.  The Government provided a copy of the motion and a proposed order to all attorneys of record on February 15, 2017.  But, in order to file within the motion deadline, the Government submitted its motion before obtaining concurrence from all defense counsel.  The Court has not received any responses or objections to this order since its filing date.  As such, the motion appears unopposed.  Furthermore, the Court finds the proposed

order provisions reasonable to maintain the privacy and safety of personal

identifying information.  The Government's motion is, therefore, GRANTED.

The personal identifying information, hereafter referred to as protected

information, shall be protected from use and disclosure beyond what is

reasonably necessary for the effective defense of this matter.

This order shall pertain to all discovery provided to or made available

to defense counsel as part of discovery in this matter, whether in the past

or the future.

IT IS HEREBY ORDERED that defense counsel shall not share any

documents that contain protected information with anyone other than the

defendants, defense counsel, designated defense investigators, support

staff, or any other individuals necessary for assisting defense in the

preparation and trial of this matter.  Defense counsel may permit the

defendants to view unredacted documents in the presence of their attorney,

defense investigators, and support staff.

IT IS FURTHER ORDERED that defense counsel, defense

investigators, and support staff shall not allow the defendants to copy

protected information contained in the discovery.

IT IS FURTHER ORDERED that the discovery and information within

may only be used in connection with the litigation of this case and for no

other purpose.  The discovery is now and will forever remain the property of

the United States Government.  Defense counsel is ORDERED to return

the electronic discovery to the Government at the conclusion of this case

and permanently delete any copies from their computer systems.  If any

defense counsel, defense investigator, or support staff has produced hard

copies of the discovery, they are ORDERED to shred all hard copies

following the conclusion of litigation in this matter.

IT IS FURTHER ORDERED that, within 90 days following the

conclusion of the litigation in this matter, defense counsel shall certify in

writing to counsel for the United States that all of the discovery documents

have been returned, destroyed, and/or shredded.

IT IS FURTHER ORDERED that, in the event the defense seeks to

utilize the discovery material in any court filing, at trial, or in another hearing

in this matter, any protected information must be redacted from the

discovery prior to its use.

IT IS FURTHER ORDERED that any filings shall be filed in

compliance with Fed. R. Crim. P. 41 and the Electronic Filing Policies and

procedures of the United States District Court for the Eastern District of

Michigan.

IT IS FURTHER ORDERED that defense counsel shall be responsible for advising their respective defendant, employees, and other members of the defense team of the contents of this Order.  Any unauthorized disclosure may constitute a violation of this Order.

IT IS FURTHER ORDERED that, in the event any defendant substitutes counsel, new defense counsel shall be bound by this Order.

IT IS SO ORDERED.

Dated:  July 31, 2017

<u>s/George Caram Steeh</u>
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 31, 2017, by electronic and/or ordinary mail.

<u>s/Marcia Beauchemin</u>
Deputy Clerk

---