UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 15-20283
HON. GEORGE CARAM STEEH

BORIS ZIGMOND *et al.*,

    Defendants.
_____/

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR PROTECTIVE ORDER (DOC. 161)

This matter is presently before the Court on the Government's Motion for Protective Order regarding personal identifying information present in discovery documents. (Doc. 161). The motion was filed on February 15, 2017, the date designated as the motion cut off deadline. The Government provided a copy of the motion and a proposed order to all attorneys of record on February 15, 2017. But, in order to file within the motion deadline, the Government submitted its motion before obtaining concurrence from all defense counsel. The Court has not received any responses or objections to this order since its filing date. As such, the motion appears unopposed. Furthermore, the Court finds the proposed

order provisions reasonable to maintain the privacy and safety of personal identifying information.  The Government's motion is, therefore, GRANTED.  The personal identifying information, hereafter referred to as protected information, shall be protected from use and disclosure beyond what is reasonably necessary for the effective defense of this matter.

This order shall pertain to all discovery provided to or made available to defense counsel as part of discovery in this matter, whether in the past or the future.

IT IS HEREBY ORDERED that defense counsel shall not share any documents that contain protected information with anyone other than the defendants, defense counsel, designated defense investigators, support staff, or any other individuals necessary for assisting defense in the preparation and trial of this matter.  Defense counsel may permit the defendants to view unredacted documents in the presence of their attorney, defense investigators, and support staff.

IT IS FURTHER ORDERED that defense counsel, defense investigators, and support staff shall not allow the defendants to copy protected information contained in the discovery.

IT IS FURTHER ORDERED that the discovery and information within may only be used in connection with the litigation of this case and for no

other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel is ORDERED to return the electronic discovery to the Government at the conclusion of this case and permanently delete any copies from their computer systems. If any defense counsel, defense investigator, or support staff has produced hard copies of the discovery, they are ORDERED to shred all hard copies following the conclusion of litigation in this matter.

    IT IS FURTHER ORDERED that, within 90 days following the conclusion of the litigation in this matter, defense counsel shall certify in writing to counsel for the United States that all of the discovery documents have been returned, destroyed, and/or shredded.

    IT IS FURTHER ORDERED that, in the event the defense seeks to utilize the discovery material in any court filing, at trial, or in another hearing in this matter, any protected information must be redacted from the discovery prior to its use.

    IT IS FURTHER ORDERED that any filings shall be filed in compliance with Fed. R. Crim. P. 41 and the Electronic Filing Policies and procedures of the United States District Court for the Eastern District of Michigan.

IT IS FURTHER ORDERED that defense counsel shall be responsible for advising their respective defendant, employees, and other members of the defense team of the contents of this Order. Any unauthorized disclosure may constitute a violation of this Order.

IT IS FURTHER ORDERED that, in the event any defendant substitutes counsel, new defense counsel shall be bound by this Order.

IT IS SO ORDERED.

Dated: July 31, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 31, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk