UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                           Case No.  15-20283
vs.                           HON.  GEORGE CARAM STEEH

D-1 BORIS ZIGMOND,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTIONS FOR THE ISSUANCE OF A SUBPOENA *DUCES TECUM* (DOC. 279, 280, 281, 282 and 283) AND DIRECTING ISSUANCE OF SUBPOENAS *DUCES TECUM*

This matter is presently before the Court on defendant Boris Zigmond's motions for the issuance of a subpoena *duces tecum*. (Doc. 279, 280, 281, 282 and 283). The Court finds that defendant has satisfied his burden under *United States v. Nixon*, 418 U.S. 683 (1974). *Id.* at 699-700.

Defendant's motions are GRANTED.

IT IS HEREBY ORDERED that a subpoena *duces tecum* shall be issued for the following witnesses to produce records outlined in Attachment A of the subpoena forthwith, pursuant to Fed. R. Crim. P. 17(b) and (c):

Allstate Insurance Company
C/O General Counsel
2775 Sanders Rd., Bldg. A2W
Northbrook, IL 60062

Geico Insurance
c/o General Counsel
One GEICO Plaza
Washington, D.C. 20076

Liberty Mutual Insurance
C/O General Counsel
175 Berkeley Street
Boston, MA 02116

State Farm Insurance
Resident Agent
CSC-Lawyers Incorporating Service Company
601 Abbot Road
East Lansing, MI 48823

Traveler's Insurance
c/o General Counsel
385 Washington Street
St. Paul, MN 55102

IT IS FURTHER ORDERED that the witnesses identified above shall

appear at Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard,

Detroit, MI 48226-2700, to produce the documents requested in the

subpoena.  The witness need not appear if prior to the date outlined in the

attached subpoena, the witness complies with the subpoena by serving the

required documents upon attorney Ronald W. Chapman, II at 1441 W.

Long Lake Rd., Troy, MI 48098.

IT IS FURTHER ORDERED that nothing in this Order shall restrict or prevent the recipient of the subpoena from filing timely objections to the subpoena and/or filing a timely motion to quash the subpoena with this Court. Defendant shall serve a copy of this Order with the subpoena.

IT IS SO ORDERED.

Dated: January 10, 2018

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

<div style="border:1px solid;">

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 10, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

</div>